UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD BETTYS,

        Plaintiff,

v.

STATE OF WASHINGTON, et al.,

        Defendants.

Case No. 3:23-cv-05838-BJR-TLF

REPORT AND RECOMMENDATION

Noted for December 15, 2023

Plaintiff, who is housed at the Special Commitment Center and is proceeding *pro se*, filed a motion to proceed *in forma pauperis*. Dkt. 6. Because plaintiff's application indicates he has sufficient funds with which to pay the $402.00 filing fee, the undersigned recommends that the Court DENY the *in forma pauperis* application (Dkt. 6).

## DISCUSSION

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. 28 U.S.C. § 1915(a). However, the Court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963).

By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his cause of action. Plaintiff's application to proceed *in forma*

REPORT AND RECOMMENDATION - 1

*pauperis* reflects that he has $13,221.00 in his Special Commitment Center account. Dkt. 6. Plaintiff contends he has monthly expenses of $350.00 for food, legal supplies, and clothing, that he's been "deemed too disabled to work in SCC", and that the funds he has saved "are for [his] future return to society." *Id.* However, the Court notes that plaintiff is civilly detained and "he has all his basic needs taken care of by the State of Washington." *Calhoun v. Hook*, No. C08-5697-RJB-KLS, 2009 WL 3187866, *4 (W.D. Wash. Sept. 30, 2009).

Given that plaintiff's basic needs are provided for while he is civilly detained and he has over $13,000.00 in his Special Commitment Center account, it is reasonable to expect plaintiff to pay the Court's $402.00 filing fee from his funds.

## CONCLUSION

Because it is reasonable for plaintiff to incur the costs to proceed with this cause of action, the undersigned recommends that the court DENY plaintiff's application to proceed *in forma pauperis* (Dkt. 6). The undersigned also recommends that the Court order plaintiff to pay the required filing fee of $402.00 within thirty (30) days of the Court's order adopting the report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is

REPORT AND RECOMMENDATION - 2

directed to set the matter for consideration on **December 15, 2023**, as noted in the caption.

      Dated this 21st day of November, 2023.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3