UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD BETTYS,

          Plaintiff,

v.

STATE OF WASHINGTON, et al.,

          Defendants.

Case No. 3:23-cv-05838-BJR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, as well as the record of the case, and no objections being filed, HEREBY FINDS and ORDERS:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 6) is DENIED.

(3)    Plaintiff shall pay the required filing fee [$402.00] to the Clerk of the Court within thirty (30) days of the date of this Order.

(4)    The Clerk is directed to send copies of this Order to plaintiff.

Dated this 19th day of December, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge