The Honorable BARBARA J. ROTHSTEIN
US Magistrate Judge THERESA L. FRICKE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN EDWARD BETTYS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | NO. 3:23-cv-05838-BJR-TLF<br><br>**ORDER GRANTING MOTION FOR NEW PROPOSED PRETRIAL SCHEDULE** |

This matter is before the Court pursuant to the parties' Joint Motion For New Proposed Pretrial Schedule. The parties have good cause to extend the current deadlines because an extension will provide time for the pending Motion to Dismiss to be resolved. Moreover, the Plaintiff will not be prejudiced by the extension. The Court, having reviewed the Joint Request, hereby ORDERS that said request is GRANTED, and the pretrial schedule is to be set forth as follows:

1. All discovery shall be completed by July 19, 2024.

2. Any motion to compel discovery shall be filed no later than August 5, 2024.

3. Any dispositive motions shall be filed and served by August 22, 2024.

DATED this __23rd__ day of May, 2024.

_Theresa L. Fricke_
THE HONORABLE THERESA L. FRICKE

---

**ORDER GRANTING MOTION FOR NEW PROPOSED PRETRIAL SCHEDULE**
NO. 3:23-CV-05838-BJR-TLF

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565